■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID TARO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Cayuga County Court, Contiguglia, J.—forgery, second degree.) Present—Doerr, J. P., Denman, Green, Balio and Davis, JJ.

■ WILLIAM G. IANNACCONE, Appellant, v CHARLES L. DAVIS, Respondent.—Order unanimously affirmed without costs for reasons stated at Special Term, Gossel, J. (Appeal from order of Supreme Court, Erie County, Gossel, J.—dismiss complaint.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ..

■ In the Matter of WILLIAM LATTIN Appellant, v BUFFALO PSYCHIATRIC CENTER, Respondent. (Appeal No. 1.)—Appeal unanimously dismissed without costs. Memorandum: The issues presented on these appeals are moot. Petitioner is no longer retained as an involuntary patient in any facility under control of the State Commissioner of Mental Health. (Appeal from order of Supreme Court, Erie County, Fudeman, J.—Mental Hygiene Law § 9.33.) Present—Dillon, P. J., Callahan, Boomer, Balio and Davis, JJ.

■ In the Matter of WILLIAM LATTIN Appellant, v BUFFALO PSYCHIATRIC CENTER, Respondent. (Appeal No. 2.)—Appeal unanimously dismissed without costs. Same memorandum as in Matter of Lattin v Buffalo Psychiatric Center ([appeal No. 1], 129 AD2d 1011 [decided herewith]). (Appeal from order of Supreme Court, Erie County, McGowan, J.—Mental Hygiene Law § 9.33.) Present—Dillon, P. J., Callahan, Boomer, Balio and Davis, JJ.

■ In the Matter of LARRY M. HIMELEIN, as District Attorney of Cattaraugus County, Petitioner, v PAUL B. KELLY, as Cattaraugus County Judge, Respondent—Application unanimously denied and petition dismissed without costs (see, People v Shinkle, 51 NY2d 417). (Article 78.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.